■ NEWIN CORPORATION et al., Appellants, v HARTFORD ACCIDENT AND INDEMNITY COMPANY et al., Respondents, et al., Defendants. — Appeal from order, Supreme Court, New York County (Ryp, J.), entered on July 24, 1981, dismissed as said order is nonappealable. Respondents shall recover of appellants $75 costs and disbursements of this appeal. Concur — Lupiano, Fein and Milonas, JJ.

Kupferman, J. P., and Bloom, J., dissent in a memorandum by Bloom, J., as follows: We disagree with our brethren. We would affirm the judgment appealed from on the authority of *Newin Corp. v Continental Ins. Co.* (80 AD2d 756, mot for lv to app dsmd 53 NY2d 606, mot for lv to app dsmd 53 NY2d 938; see, also, *Newin Corp. v Hartford Acc. & Ind. Co.*, 55 NY2d 744).

■ In the Matter of IRA DEUTSCH, an Attorney. — Reference ordered and respondent suspended from practice as an attorney and counselor at law in the State of New York pending final determination of the petition. Concur — Sandler, J. P., Lupiano, Bloom, Fein and Milonas, JJ.